# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAM MINH TRAN

NO. 2024 KW 0358

**JUNE 17, 2024**

---

In Re: Tam Minh Tran, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 577672 & 585419.

---

**BEFORE: GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.**

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT